UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                              Case No. 06-20582

                                              Hon. John Corbett O'Meara

MICHAEL BURT,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR BILL OF PARTICULARS AND GRANTING THE GOVERNMENT'S MOTION FOR CONTINUANCE

Before the court are Defendant's motion for bill of particulars, filed March 14, 2007, and the government's motion for a continuance, filed April 14, 2007.[1] Defendant opposes the government's motion for a continuance; the government has not responded to Defendant's motion for a bill of a particulars. The court will decide these motions on the briefs and without oral argument.

Upon reviewing Defendant's motion, and noting that the government has failed to respond or timely request an extension, the court will GRANT Defendant's request for a bill of particulars. The government shall file a bill of particulars within fourteen days from the date of this order. The court will further GRANT the government a continuance of the trial date. **The new trial date is June 12, 2007, at 9:00 a.m.**

    SO ORDERED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Dated: April 19, 2007

---

[1] The court initially referred the motion for bill of particulars to Magistrate Majzoub, but will withdraw the order of reference.

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 20, 2007, by electronic and/or ordinary mail.

                                                           s/William Barkholz  
                                                         Case Manager