UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 06-CR-20582

Hon. John Corbett O'Meara

MICHAEL BURT,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION
### FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Before the court is Defendant's motion to file certain documents under seal, filed December 17, 2008. The government submitted a response brief on January 8, 2009. Pursuant to L.R. 7.1(e)(2), the court did not hear oral argument.

Defendant seeks to file the tax returns of Michael Skorija and Corporate Tax Services under seal. Defendant's sole support for this request is that because the tax returns "do not apply to Michael Burt, they should be kept under seal." Br. at 2. In order to file documents under seal, Defendant must demonstrate "good cause." See Fed. R. Crim. P. 16(d)(1); Tinman v. Blue Cross Blue Shield of Michigan, 176 F. Supp. 2d 743, 745-46 (E.D. Mich. 2001) (interpreting "good cause" standard under Fed. R. Civ. P. 26(c) as requiring showing of "serious financial or competitive harm"). Defendant has not provided any reasoned analysis of the "good cause" requirement. Accordingly, the court finds that Defendant has not shown good cause for sealing the tax returns at issue.

Therefore, IT IS HEREBY ORDERED that Defendant's December 17, 2008 motion for

leave to file documents under seal is DENIED.

                                                           s/John Corbett O'Meara
                                                           United States District Judge

Date:  January 14, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 14, 2009, by electronic and/or ordinary mail.

                                                           s/William Barkholz
                                                         Case Manager