UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                     Case No. 06-CR-20582

v.

                                       Hon. John Corbett O'Meara

MICHAEL BURT,

     Defendant.

_____/

**ORDER DENYING SECOND MOTION FOR STAY
AND RELEASE ON BOND PENDING APPEAL**

     Before the court is Defendant's second motion for stay and release on bond pending appeal, filed September 2, 2009.  The government submitted a response on September 17, 2009. The court did not hear oral argument.

     The court previously denied Defendant's first motion for stay and release on bond pending appeal on January 14, 2009.  At that time, the court considered all the issues of law and fact raised by Defendant in the motion as well as his motions for acquittal and new trial.  The court determined that none of the issues presented a substantial question of law or fact likely to result in the reversal of Defendant's conviction or a new trial.  See 18 U.S.C. § 3143(b). Defendant has not provided a basis for the court to revisit those issues now.

     Accordingly, IT IS HEREBY ORDERED that Defendant's September 2, 2009 motion for stay and release on bond pending appeal is DENIED.

                              s/John Corbett O'Meara
                              United States District Judge

Date:  September 23, 2009

       I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 23, 2009, using the ECF system and/or ordinary mail.


                             s/William Barkholz
                             Case Manager